IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SOLOMON MILLER,
    Plaintiff,

v.                                                           Civil No. 3:22cv82 (DJN)

UNKNOWN,
    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his conditions of confinement and indicating that he lacks access to a 42 U.S.C. § 1983 complaint form. By Memorandum Order entered on February 15, 2022, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice.

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE. However, Plaintiff may complete and return the § 1983 complaint form at any time and it will be opened as a new civil action.

An appropriate order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                    /s/
                                                 David J. Novak
                                               United States District Judge

Richmond, Virginia
Dated: March 18, 2022